UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
LANDSDOWNE INVESTMENTS INC.,

       Plaintiff,

  -against-

ARNHOLD AND S. BLEICHROEDER
HOLDINGS, INC.,

       Defendant.
---------------------------------------------x

Case No. 07 CIV. 7421 (RJS)

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:  **NONE**.

Dated:    August 21, 2007

                                  AKERMAN SENTERFITT LLP
                                  *Counsel for Plaintiff,*
                                  *Landsdowne Investment, Inc.*
                                  335 Madison Avenue, 26th Floor
                                  New York, New York 10017-4636
                                  Phone:  (212) 880-3800
                                  Fax:  (212) 880-8965

                                  s/ Martin Domb
                By:        _____
                                  Martin Domb (MD-4109)

                                    and

                                  Luis M. O'Naghten
                                  AKERMAN SENTERFITT
                                  One Southeast Third Avenue, 25th Floor
                                  Miami, FL  33131-1714
                                  Phone:  (305) 374-5600
                                  Fax:  (305) 374-5095

{NY017593;1}