



Akerman Senterfitt LL
ATTORNEYS AT LAW
Stadtmauer Bailkir

Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

335 Madison Avenue
Suite 2600
New York, NY 10017
www.akerman.com
212 880 3800 tel   212 880 8965 fax

Martin Domb
212 880 3811 direct tel
212 880 8965 direct fax
martin.domb@akerman.com

January 2, 2008

**VIA FAX**

Hon. Richard A. Sullivan
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10005

    Re:   Landsdowne Investments Inc. v. Arnhold and S. Bleichroeder Holdings, Inc.
             Case No. 07 Civ. 7421 (RJS)

Dear Judge Sullivan:

    We represent the plaintiff in the referenced action. I am sending this letter via fax pursuant to my telephone conversation this afternoon with Eileen Levine of your chambers.

    By order dated December 4, 2007, the Court directed the parties to appear for a status conference tomorrow, January 3rd, at 2:30 p.m.

    Plaintiff has not yet served the summons and complaint on defendant. The 120-day period in which to do so expired on December 19, 2007. We did not effect service because our client has been attempting to resolve the dispute directly with defendant (through defendant's affiliate) and instructed us to minimize litigation steps as much as possible pending such efforts. There was also office error on our part in calendaring the 120-period. In addition, given that defendant has not yet been served (or, therefore, appeared), we did not file a parties' joint letter or a proposed case management plan in advance of tomorrow's conference.

{NY023647;1}

Hon. Richard A. Sullivan
January 2, 2008
Page 2

---

Based on the foregoing, we will ask the Court, at tomorrow's status conference, (a) to extend the time within which we may effect service on defendant, pursuant to Fed. R. Civ. P. 4(m), until January 31, 2008, and (b) to adjourn the status conference until February 29, 2008.

Respectfully submitted,

*[signature]*

Martin Domb

Copy to: Luis M. O'Naghten, Esq.
Akerman Senterfitt (Miami)
(by e-mail)

---

*The initial conference previously scheduled for January 3, 2008 is hereby adjourned to February 14, 2008 at 4:30 PM. Plaintiff's time to effect service is extended to January 11, 2008. Joint status letter and Case Management plan due by noon on February 11, 2008.*

SO ORDERED

*[signature]*
1/2/08
RICHARD J. SULLIVAN
U.S.D.J.

(NY023647;1)