UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
LANDSDOWNE INVESTMENTS INC.,

       Plaintiff,

  -against-

ARNHOLD AND S. BLEICHROEDER
HOLDINGS, INC.,

       Defendant.
---------------------------------------------------------x

Case No. 07 CIV. 7421 (RJS)

**NOTICE OF DISMISSAL**

       PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff hereby dismisses this action without prejudice.

Dated: January 11, 2008

                      AKERMAN SENTERFITT LLP
                      *Counsel for Plaintiff,*
                      *Landsdowne Investment, Inc.*
                      335 Madison Avenue, 26th Floor
                      New York, New York 10017-4636
                      Tel.:  (212) 880-3800
                      Fax:  (212) 880-8965

                      s/ Martin Domb
By:   _____
                      Martin Domb (MD-4109)

                          and

                      Luis M. O'Naghten
                      AKERMAN SENTERFITT
                      One Southeast Third Avenue, 25th Floor
                      Miami, FL  33131-1714
                      Tel.:  (305) 374-5600
                      Fax:  (305) 374-5095

{NY024158;1}