UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
LANDSDOWNE INVESTMENTS INC.,

        Plaintiff,

   -against-

ARNHOLD AND S. BLEICHROEDER
HOLDINGS, INC.,

        Defendant.
----------------------------------------------------------x

Case No. 07 CIV. 7421 (RJS)

**NOTICE OF DISMISSAL**

    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff hereby dismisses this action without prejudice.

Dated: January 11, 2008

                          AKERMAN SENTERFITT LLP
                          *Counsel for Plaintiff,*
                          *Landsdowne Investment, Inc.*
                          335 Madison Avenue, 26th Floor
                          New York, New York 10017-4636
                          Tel.: (212) 880-3800
                          Fax: (212) 880-8965

By: _____
     Martin Domb (MD-4109)

                          and

Luis M. O'Naghten
AKERMAN SENTERFITT
One Southeast Third Avenue, 25th Floor
Miami, FL 33131-1714
Tel.: (305) 374-5600
Fax: (305) 374-5095

{NY024158;1}